# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Plaintiff,

vs.

6955 N. DURANGO TRUST,

    Defendant.

Case No. 2:17-cv-01884-JCM-GWF

**ORDER**

    This matter is before the Court on Plaintiff's Motion to Extend Time to Serve Summons and Complaint (ECF No. 6), filed on October 6, 2017.

    Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Further, Rule 4(m) of the Federal Rules of Civil Procedure – which governs the time limit of service – allows the court to grant an extension of time for service if the plaintiff can show good cause for the failure to timely serve a defendant. Here, the Court finds that Plaintiff has provided sufficient good cause to warrant the requested ninety (90) day extension. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time to Serve Summons and Complaint (ECF No. 6) is **granted**. Plaintiff shall have until **Monday, January 8, 2018** to effectuate service on Defendant.

    DATED this 10th day of October, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge