1  JOSEPH Y. HONG, ESQ.
   Nevada Bar No. 5995
2  HONG & HONG LAW OFFICE
   One Summerlin
3  1980 Festival Plaza Dr., Suite 650
4  Las Vegas, NV 89135
   Tel: (702) 870-1777
5  Fax: (702) 870-0500
6  yosuphonglaw@gmail.com
   *Attorneys for Defendant/Counterclaimant 6955 N Durango Trust*
7
                    **UNITED STATES DISTRICT COURT**
8                          **DISTRICT OF NEVADA**
9

| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | CASE NO. 2:17-cv-01884-JCM-GWF |
|---|---|
| Plaintiff, | |
| vs. | |
| 6955 N DURANGO TRUST, | **SUBSTITUTION OF COUNSEL FOR 6955 N DURANGO TRUST** |
| Defendant. | |
| JOSEPH NEYER, AS TRUSTEE FOR 6955 N DURANGO TRUST, | |
| Counter-Claimant, | |
| vs. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive, | |
| Counter-Defendants. | |

Defendant 6955 N Durango Trust and Counterclaimant Joseph Neyer, as Trustee for 6955 N Durango Trust, hereby consent to the substitution of Hong & Hong Law Office, as its counsel in place and stead of The Law Office of Mike Beede, PLLC in the above captioned matter.

DATED this 22nd day of July, 2020.

s/ *Joseph Neyer*
Joseph Neyer, Trustee for 6955 N Durango Trust

1

1  Michael N. Beede, Esq. of The Law Office of Mike Beede, PLLC, does hereby consent
2  to the substitution of Hong & Hong Law Office to represent Defendant 6955 N Durango Trust
3  and Counterclaimant Joseph Neyer, as Trustee for 6955 N Durango Trust, in the above captioned
4  matter, in his place and stead.

5  DATED this 22nd day of July, 2020.

THE LAW OFFICE OF MIKE BEEDE, PLLC

By /s/ Michael Beede
MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
JAMES W. FOX, ESQ.
Nevada Bar No. 13122
2470 St. Rose Pkwy, Suite 307
Henderson, NV 89074
T: 702-473-8406

Joseph Y. Hong, Esq., of Hong & Hong Law Office, does hereby agree to substitute in the place of The Law Office of Mike Beede, PLLC, on behalf of Defendant 6955 N Durango Trust and Counterclaimant Joseph Neyer, as Trustee for 6955 N Durango Trust, in the above captioned matter.

DATED this 22nd day of July, 2020.

HONG & HONG LAW OFFICE

By s/ Joseph Y. Hong
JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
One Summerlin
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135
Tel: (702) 870-1777

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: February 1, 2021

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and that I am not a party to, nor interested in, this action. On the 24th day of July, 2020, I caused a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL FOR 6955 N DURANGO TRUST** to be served to all parties in this litigation by the method indicated:

___ U.S. Mail

___ U.S. Certified Mail

___ Facsimile Transmissions

___ Federal Express

_X_ Electronic Service via CM/ECF

___ E-Mail

/s/ *Debra L. Batesel*
An Employee of Hong & Hong Law Office

3